UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BROWN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PERMANENTE MEDICAL GROUP, INC.,<br><br>        Defendant. | Case No. 16-cv-05272-VC<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 54 |

Permanente's motion to seal exhibits to its brief opposing collective action certification is denied. It has not made a sufficient showing of the factual basis for sealing these exhibits. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016).

    **IT IS SO ORDERED.**

Dated: December 29, 2016

_____
VINCE CHHABRIA
United States District Judge