UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BROWN, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>PERMANENTE MEDICAL GROUP, INC.,<br><br>    Defendant. | 16-cv-05272-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its orders granting final approval of the class action settlement and awarding attorneys' fees, litigation and settlement administration expenses, and class representative service awards.  Dkt. Nos. 105, 107.

**IT IS SO ORDERED.**

Dated:  October 12, 2017

_____
VINCE CHHABRIA
United States District Judge